# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number: 8:05-cr-359-T-23TGW |
| DERRICK LAMAR WILLIAMS | USM Number: 10794-018 |
| | |
| | Defendant's Attorney: Alec Hall, afpd |

The defendant pleads no contest to the violations described in numbered paragraphs one (1), two (2), three (3), four (4), six (6), and eight (8) of the October 1, 2008, petition (Doc. 134). The court accepts the United States' proffer and adjudicates the defendant guilty of the violations charged in numbered paragraphs 1-4, 6, and 8 .

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, trafficking in cocaine | 09/11/08 |
| Two | New criminal conduct, possessing stolen property | 09/11/08 |
| Three | New criminal conduct, possessing stolen property | 09/11/08 |
| Four | New criminal conduct, possessing drug paraphernalia | 09/11/08 |
| Six | Possessing drug paraphernalia | 09/11/08 |
| Eight | Untruthful statements | 09/18/08 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through four of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The United States withdraws the violations charged in numbered paragraphs five (5) and seven (7).

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 2, 2008
Date of Imposition of Sentence

*/s/ Steven D. Merryday/*
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

December 2nd, 2008
Date

| DEFENDANT: | DERRICK LAMAR WILLIAMS | Judgment - Page 2 of 4 |
|---|---|---|
| CASE NUMBER: | 8:05-cr-359-T-23TGW | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **TWENTY-ONE (21) MONTHS**.

__X__   The court makes the following recommendations to the Bureau of Prisons: **confinement at a facility in Coleman, Florida.**

__X__   The defendant is remanded to the custody of the United States Marshal.

____   The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m. on _____.

    ____ as notified by the United States Marshal.

____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                        UNITED STATES MARSHAL

By _____
                        DEPUTY UNITED STATES MARSHAL

DEFENDANT:     DERRICK LAMAR WILLIAMS                     Judgment - Page 3 of 4
CASE NUMBER:   8:05-cr-359-T-23TGW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIFTEEN (15) MONTHS.**

The defendant shall report to the probation office in the district to which the defendant is released within seventy-two (72) hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| | |
|---|---|
| DEFENDANT: DERRICK LAMAR WILLIAMS | Judgment - Page 4 of 4 |
| CASE NUMBER: 8:05-cr-359-T-23-TGW | |

## ADDITIONAL SUPERVISED RELEASE TERMS

X   The defendant shall participate in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency and follow the probation officer's instructions regarding the implementation of this court directive. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program, the defendant is directed to submit to testing for the detection of substance use or abuse not to exceed 104 times per year.